FRANK LANDIS v. W. M. HENDERSON.[1]

January 17, 1902.

Nos. 12,777—(162).

Appeal by defendant from a judgment of the district court for Nobles county, P. E. Brown, J. Affirmed.

*G. R. Krause* and *P. P. Cady*, for appellant.
*C. M. Crandall* and *O. W. Freeman*, for respondent.

PER CURIAM.

Whatever merit there may have been in this appeal as the record stood prior to an amendment to the bill of exceptions and to the return, it is now clear that no error was committed at the trial, and that the one relied upon by appellant's counsel was wholly based upon an omission in the bill, carried forward into the return, and then corrected by amendment, as before stated. This compels an affirmation of this judgment appealed from, and it is so ordered.

Judgment affirmed.

[1] Reported in 88 N. W. 1103.